## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                                          Civil No. 08-cv-394-LM

<u>One R Guns Model 44, et al.</u>

### O R D E R

Plaintiff's motion to proceed on appeal <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the full filing fee must be paid as follows: the sum of $8.42 is due no later than June 13, 2011.  In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by FCI Terre Haute each time the amount in the account exceeds $10.00 until the sum of $455.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the appeal.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

                                                _____
                                                Landya B. McCafferty
                                                United States Magistrate Judge

Date: May 23, 2011

cc:   Daniel John Riley, pro se
       Bonnie S. Reed, Financial Administrator
       FCI Terre Haute